**Order entered May 26, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00244-CV

**MES PARTNERS, INC., ET AL., Appellants**

**V.**

**DAVID LANTZ, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-01584**

### ORDER

This is an interlocutory appeal from an order denying a temporary injunction. Pursuant to our May 10, 2022 order, the trial court has signed an order sealing various exhibits in the clerk's and reporter's records.[1] The trial court ordered "Volume 2 of the Clerk's Record, containing Exhibits 3, 4, 5, 6, 7, 10, 11, 13, 16, 17, 18, 19, and 20 attached to Plaintiffs' Response to Defendants David Lantz and USA DeBusk LLC's Motion to Take Judicial Notice and Apply

---

[1] A supplemental clerk's record with the trial court's May 20, 2022 sealing order remains due May 26.

Louisiana Law (the "Confidential Choice of Law Exhibits"), shall be sealed until final judgment in this matter is signed, at which time the sealing will be further considered." These documents currently exist in sealed volume 2 of the clerk's record filed on March 31, 2022 and a sealed supplemental clerk's record filed on April 15, 2022. To avoid duplication on our case management system, we **STRIKE** the April 15 sealed supplemental clerk's record.

Additionally, the trial court ordered that sealed volume 7 of the reporter's record containing "Exhibits 3, 4, 5, 7, 8, 9, 16, 19, 20, 21, 22, 23, 24, 25, 26, 27, 31, 32, 33, 34, 35, 44, 45, 46, 48, 49, 50, 53, 54, 55, 58, 59, 60, 61, 76, 78, 81, 82, 86, 87, 88, and 91 admitted by the Court during the temporary injunction hearing (the "Confidential Temporary Injunction Exhibits"), shall be sealed until final judgment in this matter is signed, at which time the sealing will be further considered." The sealed supplemental reporter's record filed on April 11, 2022 contains only Plaintiff's Exhibit 3 which is also included in sealed volume 7. To avoid duplication on our case management system, we **STRIKE** the April 11 sealed supplemental reporter's record.

The reporter's record before this Court also includes sealed volume 5 titled, "Sealed Excerpt of Transcript of Temporary Injunction Proceedings." This record is eight pages in length. Because the trial court's sealing order does not address

this volume, we **STRIKE** it and order Tina Thompson, Official Court Reporter of the 134th Judicial District Court, to file, by **June 10, 2022**, volume 5 without seal.

Appellees shall file their brief on or before **June 30, 2022**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Thompson and all parties.

/s/    KEN MOLBERG
       JUSTICE